JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 09-0879 MMC |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 30, 2009, TO NOVEMBER 4, 2009 (DEFENDANT HERRERA-ROMERO) |
| ARMANDO RENTERIA-GARCIA and ) | |
| SALVADOR HERRERA-ROMERO, ) | |
| ) | |
|    Defendants. ) | |
| ) | |

     The parties appeared before the Honorable Maxine M. Chesney on September 30, 2009.  With the agreement of counsel for both parties, the Court found and held as follows:

     1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 30, 2009, to November 4, 2009, in light of the need for defendant's counsel to review discovery.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
(DEFENDANT HERRERA-ROMERO)
CR 09-0879 MMC

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 30, 2009, to November 4, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 30, 2009, to November 4, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: October 1, 2009                       /s/
                                             HARRIS B. TABACK
                                             Counsel for Salvador Herrera-Romero


DATED: October 1, 2009                       /s/
                                             DARYL T. EREMIN
                                             Special Assistant United States Attorney


IT IS SO ORDERED.

DATED: October 5, 2009                       _____
                                             THE HON. MAXINE M. CHESNEY
                                             United States District Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
(DEFENDANT HERRERA-ROMERO)
CR 09-0879 MMC                               2